UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1:05-M-122A |
| | : | |
| TYSON D. FORD | : | |

**ORDER APPOINTING CJA PANEL ATTORNEY**

The financial inability of Defendant to retain counsel having been determined by the Court, it is hereby ORDERED that a CJA Panel Attorney be appointed to represent said Defendant in this cause until further order of the Court.

By Order

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
October 6, 2005