AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA
V.
Tyson Ford

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05-M-112A

I, Tyson D. Ford, charged in a ☒ complaint ☐ petition pending in this District with felon in possession; use of firearm in drug crime; distribution of cocaine base in violation of Title 18 and 21, U.S.C., 922(g)(1) & 924(c); 841,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

x Tyson Ford
*Defendant*

10-14-05
*Date*

[signature]
*Counsel for Defendant*