1078872

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 06 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

TYSON D. FORD

## WARRANT FOR ARREST

CASE NUMBER: 1:05M122A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TYSON D. FORD
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a felon in possession of a firearm;

use of a firearm during and in relation to a drug trafficking crime; and

distribution of cocaine base

in violation of Title 18 United States Code, Section(s) 922(g)(1) & 924(c) & 21 U.S.C. Section 841

| | |
|---|---|
| LINCOLN D. ALMOND<br>Name of Issuing Officer | U.S. Magistrate Judge<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | 10/6/05 Providence RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Holiday Inn Tower Hill Rd. South Kingstown, RI | | |
| DATE RECEIVED<br>10/6/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>10/05/05 | Edward Troiano, S/A | E. Troiano |

This form was electronically produced by Elite Federal Forms, Inc.